**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION**

| | |
|---|---|
| **NOVELPOINT SECURITY LLC,** <br><br> Plaintiff, <br> v. <br><br> **FUJITSU AMERICA, INC.,** <br><br> Defendant. | Case No. 2:12-cv-109 <br><br> **PATENT CASE** <br><br> **JURY TRIAL DEMANDED** |

**ORDER GRANTING AGREED MOTION TO DISMISS WITH
PREJUDICE, PURSUANT TO SETTLEMENT**

Having considered the Agreed Motion to Dismiss With Prejudice, Pursuant to Settlement, filed by Plaintiff NovelPoint Security LLC ("NovelPoint") and agreed by Defendant Fujitsu America, Inc. ("Fujitsu"), the Court is of the opinion that such Motion should be GRANTED.

It is therefore ORDERED that NovelPoint's claims against Defendant Fujitsu are dismissed with prejudice, with each party to bear its own costs, expenses and attorneys' fees.

**So Ordered and Signed on this**

**Mar 6, 2013**

_____
RODNEY GILSTRAP
UNITED STATES DISTRICT JUDGE